IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
)
MCCLENNON, BEVERLY ) Case No. 06-10038 -7
fka BEVERLY COPES )
)
)
)

### REPORT OF UNCLAIMED FUNDS

COMES NOW the trustee, Carl B. Davis, and reports to the Court that the following disbursements were sent to the Clerk of the United States Bankruptcy Court pursuant to 11 U.S.C. § 347(a).

| CLAIMANT | AMOUNT |
|---|---|
| Beverly McClennon, Debtor | $1,308.02 |

A trustee's check no. 10108 in the amount of $1,308.02 accompanies this report in payment of the above named claims.

_____
Carl B. Davis, Trustee, #13705
2121 W. Maple
P. O. Box 12686
Wichita, KS 67277-2686
Telephone: (316) 945-8251
Facsimile: (316) 945-2789
E-mail: cdavis@davisandjack.com

```
UNITED STATES
BANKRUPTCY CT-KANSAS

     Wichita Division

# 00128289 - HO
August 20, 2010   0

Code    Case #    Qty    Amount
UNCLAIM 06-10038         1,308.02 CH
 Debtor -  MCCLENNON


TOTAL$    1,308.02


FROM: Davis & Jack, L.L.C.
      P.O. Box 12686
      Wichita, KS  67277-2686
```